IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4

C. R. FATHER OF A. R.,
A CHILD,

      Appellant,

v.

GUARDIAN AD LITEM
PROGRAM,

      Appellee.

_____/

Opinion filed July 2, 2015.

An appeal from the Circuit Court for Duval County.
Henry E. Davis, Judge.

Appellant, pro se.

Wendie Michelle Cooper, Appellate Counsel, Guardian ad Litem Program, Sanford, for Appellee.

PER CURIAM.

      AFFIRMED.

THOMAS, WETHERELL, and RAY, JJ., CONCUR.